## Case No. 11,305.

POSTMASTER GENERAL v. APPLE-
BACK et al.

[The case reported in 16 Haz. Reg. Pa. 18, under above title is the same as Case No. 11,312.]